# IN THE SUPREME COURT

| 409A12 | Catryn Denise Bridges v. Harvey S. Parrish and Barbara B. Parrish | Plt's Motion for Extension of Time to File PDR | Dismissed **09/26/12** |
|---|---|---|---|
| 416P12 | Mary Ann Wilcox v. City of Asheville; William Hogan, individually and in his official capacity as the Chief of the City of Asheville Police Department; Stony Gonce, individually and in his official capacity as a Police Officer for the City of Asheville; Brian Hogan, individually and in his official capacity as a Police Officer for the City of Asheville; and Cheryl Intveld, individually and in her official capacity as a Police Officer for the City of Asheville | 1. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) Motion for Temporary Stay (COA12-12)<br><br>2. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) Petition for *Writ of Supersedeas*<br><br>3. Defs' (Stony Gonce, Brian Hogan, and Cheryl Intveld) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/04/12**<br><br>2.<br><br>3. |
| 430P11 | State v. Latara Deshea Hurst | 1. Def's PWC to Review Decision of COA (COA11-145)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Special Order<br><br>2. Special Order |
| 458P06-2 | State v. Eric Kendall Gant | Def's *Pro Se* Motion for PDR (COAP11-302) | Denied<br><br>**Jackson, J., Recused** |
| 489P11 | Nelson Campos-Brizuela, Employee v. Rocha Masonry, L.L.C., Employer and Builders Mutual Insurance Company, Carrier | 1. Defs' NOA Based Upon a Constitutional Question (COA10-1571)<br><br>2. Defs' PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu*<br><br>2. Denied<br><br>**Hudson, J., Recused** |